Mark J. Hilliard, Esq. (OR S.B. #161922)
**THE LAW OFFICES OF MARK J. HILLIARD**
1233 Alpine Road
Walnut Creek, California 94596
Telephone: (310) 709-9749
Email: mark.hilliard.esq@gmail.com

A. Brooke Murphy, Esq.*
**MURPHY LAW FIRM**
4116 Will Rogers Pkwy, Suite 700
Oklahoma City, OK 73108
Telephone: (405) 389-4989
Email: abm@murphylegalfirm.com

*Attorneys for Plaintiffs and Proposed Class*

* *Admitted Pro Hac Vice*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

| | |
|---|---|
| ALIX WIDMIA and MARIA GOMEZ, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NIKE, INC.,<br><br>Defendant. | **Case No.: 3:26-cv-00426-SB**<br><br>**CLASS ACTION**<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Plaintiffs Alix Widmia and Maria Gomez, Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby give notice that the above captioned action is voluntarily dismissed without prejudice. Each side is to bear their own fees and costs.

Dated: October 1, 2026 By: */s/ Mark J. Hilliard*

Mark J. Hilliard, Esq. (OR S.B. #161922)
**THE LAW OFFICES OF MARK J. HILLIARD**
1233 Alpine Road
Walnut Creek, California 94596

Telephone: (310) 709-9749
Email: mark.hilliard.esq@gmail.com

A. Brooke Murphy, Esq. *
**MURPHY LAW FIRM**
4116 Will Rogers Pkwy, Suite 700
Oklahoma City, OK 73108
Telephone: (405) 389-4989
Email: abm@murphylegalfirm.com

*Attorneys for Plaintiffs and the Class*

**Admitted Pro Hac Vice*

**CERTIFICATE OF SERVICE**

I, Mark J. Hilliard, hereby certify that on October 1, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

*/s/ Mark J. Hilliard*
Mark J. Hilliard